IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Lois Boutin

Civil Case # 1:21-cv-00832-RLY-TAB

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Lois Boutin, who died on or about April 27, 2024.

Dated: January 12, 2026

                                                          Respectfully Submitted,

                                                      */s/ Christina E. Mancuso*
                                                      Christina E. Mancuso, Esq.
                                                      TX Bar No. 12891400
                                                      901 Main Street Suite 5900
                                                      Dallas, Texas 75202
                                                      Tel: (214) 276-7680
                                                      Fax: (214) 276-7699
                                                      cmancuso@sgptrial.com

                                                      ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Christina E. Mancuso*
Christina E. Mancuso, Esq.